**FILED**

03/05/2021

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 20-0580

THE SUPREME COURT OF THE STATE OF MONTANA

SUPREME COURT CAUSE NO. DA 20-0580

| | |
|---|---|
| In the Matter of,<br><br>J.W.,<br><br>A youth under the age of eighteen years. | Montana Sixteenth Judicial District Court Case No. DJ-2020-1<br><br>**ORDER GRANTING UNOPPOSED SECOND MOTION OF APPLLANT FOR EXTENSION OF TIME TO FILE OPENING BRIEF** |

Upon review of Appellant's Motion, no objection by Appellee, and good cause appearing, IT IS HEREBY ORDERED that Appellant J.W. shall have and is hereby granted, 30 (thirty) days from the current due date of March 15, 2021, in which to prepare, file and serve his Opening Brief on Appeal herein.

Said Opening Brief shall be prepared, filed and served on or before April 14, 2021.

SO ORDERED this _____ day of March, 2021.

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
March 5 2021